No. 01–1588.   BROSIUS *v.* WARDEN, UNITED STATES PENITENTIARY, LEWISBURG, PENNSYLVANIA.   C. A. 3d Cir.   Certiorari denied.

No. 01–1687.   GRIFFIN *v.* DEPARTMENT OF VETERANS AFFAIRS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 01–1695.   HSIA, AKA LING *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 01–1782.   GRIFFIN *v.* SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir.   Certiorari denied.

No. 01–10238.   LAFAYETTE *v.* ROE, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 01–10522.   WATSON *v.* CLARKE, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 01–10649.   JASIN *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 01–10665.   DANIELS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 01–10672.   ESCOBEDO *v.* TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 02–12.   LANGDON *v.* SWAIN ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 02–50.   KEHOE ET AL. *v.* CRUICKSHANK.   C. A. 1st Cir. Certiorari denied.

No. 02–54.   COLTEC INDUSTRIES, INC. *v.* HOBGOOD ET AL. C. A. 3d Cir.   Certiorari denied.

No. 02–66.   CITY OF FEDERAL HEIGHTS *v.* ESSENCE, INC., DBA THE BARE ESSENCE, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 02–73.   STUDENT LOAN FUND OF IDAHO, INC. *v.* DEPARTMENT OF EDUCATION ET AL.   C. A. 9th Cir.   Certiorari denied.